# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CRAIG A. BREEDLOVE**                                                **Plaintiff**

v.                      **CASE NO. 4:07CV00509 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**[1]                            **Defendant**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 20th day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue was sworn in as the Commissioner of Social Security on February 12, 2007. He is therefore substituted for Acting Commissioner Linda S. McMahon pursuant to Fed.R.Civ.P. 25(d).